**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Lawsuit Financial, Inc. v. Wyatt David Snider

Appellate case number:   01-21-00234-CV

Trial court case number:  16-CPR-028866

Trial court:                    County Court at Law No. 1 of Fort Bend County

On June 18, 2021, this Court received a status report from the parties' mediator, stating that the parties had settled all of their underlying disputes. Since the June 18 status report, we have not heard from the parties and no motion to dismiss has been filed. Accordingly, we ask the parties to file either a motion to dismiss the appeal or a notice of the status of the parties' settlement activities **on or before November 16, 2021**.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                            ☒ Acting individually    ☐ Acting for the Court

Date: __November 2, 2021_____